UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JIM HARRIS, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-CV-59 ACL |
| | ) | |
| LAW OFFICE OF KEVIN J. DOLLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file following plaintiffs' response to the Court's Order to Show Cause dated April 17, 2018. For the following reasons, the Court finds that it lacks subject matter jurisdiction and will dismiss this action without prejudice.

Plaintiffs allege Missouri state law legal malpractice claims against defendants Law Office of Kevin J. Dolley, Brown & James, P.C., and Eckenrode-Maupin Law Office and medical malpractice claims against defendants Drs. Eric Bessey and Reese Thompson. Both the legal and medical malpractice claims arise out the settlement of a prior § 1983 case plaintiff Jim Harris, Jr. brought against Corizon Medical Services and Dr. Bessey, among others.

In response to the Court's Show Cause Order, plaintiffs state that this suit is brought pursuant to 42 U.S.C. § 1983. None of defendants are state actors for purposes of § 1983, however, and plaintiffs have not alleged a constitutional violation. Plaintiffs also state that their allegations include violations of the Eighth Amendment and the American with Disabilities Act ("ADA"). The Court finds nothing in plaintiffs' complaint that would state a cause of action against defendants for violations of the Eighth Amendment or the ADA. Plaintiffs' complaint is for legal and medical malpractice, which arise under state law.

The instant action does not arise under the Constitution, laws, or treaties of the United States, so federal question jurisdiction pursuant to 28 U.S.C. § 1331 is inapplicable. Diversity jurisdiction does not exist because plaintiffs and defendants reside in the same state. As a result, the Court will dismiss this action for lack of subject matter jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

An order of dismissal will accompany this memorandum and order.

Dated this 14th day of May, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE